Mara D. Curtis (SBN 268869)
Brian M. Noh (SBN 293564)
Tanner J. Hendershot (SBN 346841)
REED SMITH LLP
515 South Flower Street, Suite 4300
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: mcurtis@reedsmith.com
         bnoh@reedsmith.com
         thendershot@reedsmith.com

Attorneys for Defendants
ALBERTSON'S LLC, ALBERTSONS
COMPANIES, INC., and ALBERTSONS
SAFEWAY LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL HARO, on behalf of himself and all others similarly situated, and the general public, <br><br> *Plaintiff,* <br><br> vs. <br><br> ALBERTSON'S LLC, a Delaware corporation; ALBERTSONS COMPANIES, INC., a Delaware corporation; ALBERTSONS SAFEWAY LLC, a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> *Defendants*. | Case No. **'26CV2120 RSH DDL** <br><br> [Superior Court of California, San Diego, Case No. 26CU011414C] <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** <br><br> Complaint Filed:  February 26, 2026 <br> Trial Date:       None |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and United States District Court for the Southern District of California, Civil Local Rule 40.2, Defendants Albertson's LLC ("Albertson's"), Albertsons Companies, Inc., and Albertsons Safeway LLC (collectively, "Defendants") make this corporate disclosure statement, by and through their attorneys, Reed Smith LLP. The undersigned counsel of record for Defendants certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Albertson's LLC's sole member is Albertsons Safeway LLC.

2. Defendant Albertsons Safeway LLC's sole member is Albertsons Companies, Inc.

3. Defendant Albertsons Companies, Inc. does not have a parent company and there is no publicly held corporation owning 10% or more of its stock. Albertsons Companies, Inc. is publicly traded.

Dated:     April 03, 2026

REED SMITH LLP

By:

Mara D. Curtis
Brian M. Noh
Tanner J. Hendershot

Attorneys for Defendants
ALBERTSON'S LLC, ALBERTSONS COMPANIES, INC., and ALBERTSONS SAFEWAY LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.:
EMMANUEL HARO v. ALBERTSON'S LLC, et al.

- 2 -

DECLARATION OF MARA D. CURTIS IN SUPPORT OF REMOVAL OF ACTION TO FEDERAL COURT